JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES J. FLORES, | ) | CASE NO. CV 02-03613 MMM (VBK) |
| Petitioner, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| JAMES HALL, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Modifying and Adopting the Report and Recommendation of United States Magistrate Judge dated February 24, 2009,

IT IS ADJUDGED that the petition for writ of habeas corpus is denied and that the action is dismissed with prejudice.

DATED: February 24, 2009

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE